THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AMBER HALLING,<br><br>Defendant. | CR-05-106-GF-BMM<br><br>ORDER |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on December 19, 2024. (Doc. 262.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on December 17, 2024. (Doc. 261.) The United States accused Amber Halling (Halling) of violating the

conditions of her supervised release by: (1) communicating with a person known to her to be engaged in criminal activity without permission of her probation officer on August 31, 2024; (2) being terminated from sexual offender treatment on November 12, 2024; and (3) having contact with minors during August of 2024. (Doc. 252.)

At the revocation hearings, Halling admitted that she had violated the conditions of her supervised release by: by: (1) communicating with a person known to her to be engaged in criminal activity without permission of her probation officer on August 31, 2024; (2) being terminated from sexual offender treatment on November 12, 2024; and (3) having contact with minors during August of 2024 . (Doc. 261.)

Judge Johnston found that the violations Halling admitted prove to be serious and warrant revocation, and recommended that Halling receive a custodial sentence 6 months custody on Count I and 6 months custody on Count II, with the terms to run concurrently, followed by a lifetime of supervised release . (Doc. 262.) The Court advised Halling of her right to appeal and to allocute before the undersigned. (Doc. 261.) The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 262) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Defendant Amber Halling be sentenced to a term of custody 6

months custody on Count I and 6 months custody on Count II, with the terms to run concurrently, followed by a lifetime of supervised release.

DATED this 2nd day of January 2025.

_____
Brian Morris, Chief District Judge
United States District Court